Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692
949. 859. 9200
e-mail: contact@sahelianlaw.com
Attorney for Agi Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez,<br><br>Plaintiff,<br><br>vs.<br><br>Agi Smith,<br><br>Defendants, | **CASE NO.: 3:21-cv-07154-JCS**<br><br>The Honorable Joseph C. Spero<br><br>**REQUEST FOR ADDITIONAL TIME TO FILE AN ANSWER** |

Plaintiff, Mr. Andres Gomez, alleges he is visually impaired. Mr. Gomez has filed a series of complaints against real estate agents operating in Napa (see below). The complaints are carbon copies of each other. They each allege, in essence, that he was unable to navigate an agent's website and was, as a result, prevented from using his/her services. Aside from injunctive relief, he seeks damages under the Unruh Act. These are a few of the cases Mr. Gomez has filed recently.

Matter: Gomez v. Corro, Case Number: 3:21-cv-07085-SI, United States District Court, Northern District of California, The Honorable Donna M. Ryu
Matter: Gomez v. Gates Estates, Inc., Case Number: 3:21-cv-07147-SK, United States Courthouse, San Francisco Courthouse , The Honorable Sallie Kim
Matter: Gomez v. Naimo, Case Number: 4:21-cv-07328-SBA, United States District Court for the Northern District of California (Oakland), The Honorable Saundra Brown Armstrong
Matter: Gomez v. Smith, Case Number: 3:21-cv-07154-JCS, U.S. District Court California Northern District (San Francisco), The Honorable Joseph C. Spero
Matter: Gomez v. Sperow, Case Number: 4:21-cv-07852-YGR, United States District Court for the Northern District of California (Oakland), The Honorable Yvonne Gonzalez Rogers
Matter: Gomez v. The Magliocco Group Inc., Case Number: 3:21-cv-07148-JCS, U.S. District Court California Northern District (San Francisco), The Honorable Joseph C. Spero

Defendants, named above, are represented by this attorney. This attorney has deposed Mr. Gomez in an unrelated case brought in the Central District (*Gomez v. Aslan*, Case Number: 21STCV17753, Superior Court of California, County of Los Angeles, The Honorable Gregory Alarcon).
Defendants intend to file motions to dismiss for lack of standing, on the grounds that the online service the real estate agents operate are not connected to brick and mortar facilities. In other words, presence at a real estate agent's office is not vital in the search, selection and purchase of a property. Mr. Gomez, essentially, has not alleged an injury-in-fact coupled with the purported intent to return to a "noncompliant facility," in order to have standing.

Mr. Gomez's claim, in addition, defies logic. Mr. Gomez cannot possibly qualify for a loan. He relies on SSD benefits, which pays roughly $900/mo., aside from the fact that he has been unemployed for a decade or more.

Defendants have initiated a dialogue; met and conferred with various counsels assigned to Mr. Gomez' cases. Having met and conferred, defendant, Agi Smith, respectfully requests leave to file a motion to dismiss under 12(b)1. In addition, these defendants seek to have these cases consolidated for the purpose of reducing the cost of defense, and the burden on the Courts.

Defendant Agi Smith, therefore, respectfully seeks leave to file the motion on or before December 12, 2021. This should give the parties additional time to resolve their differences, if possible. If the parties do not reach agreement, this defendant will then file its motion to dismiss.

Finally, all defendants also seek additional time to explore the possibility of consolidating these cases, before resorting to motions. Defendants may also elect to have Mr. Gomez post a bond under Code of Civil Procedure 1030, given he is domiciled in the state of Florida.

**Date:** November 22, 2021

                                            ___/s/ Ara Sahelian_____
                                                  Ara Sahelian, Esq.